AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

JUN 2 3 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No.   **17 - 1 3 8 7 - ADC**
INFORMATION ASSOCIATED WITH FACEBOOK ID )
100004675178304, AS DETAILED IN ATTACHMENT A )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Northern____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

   See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

   Attachment A, to be reviewed per the protocal in Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____May 24, 2017____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____the duty US Magistrate Judge____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  *11 May 2017 @ 1000 hrs*        _[signature]_
                                                                                                      *Judge's signature*

City and state:   Baltimore, Maryland                        A. David Copperthite, U.S. Magistrate Judge
                                                                                     *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 17-1387 | Date and time warrant executed: May 16, 2017 | Copy of warrant and inventory left with: Facebook |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

Facebook content consisting of 2219 pages in an electronic format, via PDF.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/12/2017

_Executing officer's signature_

Kyra M. Dressler, Special Agent FBI
_Printed name and title_